**No. 11-7561. Carlos Martinez-Vasquez, Petitioner v. United States.**

565 U.S. 1135, 132 S. Ct. 1060, 181 L. Ed. 2d 778, 2012 U.S. LEXIS 115.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 438 Fed. Appx. 795.

**No. 11-7563. Frank Pierre, Petitioner v. United States.**

565 U.S. 1135, 132 S. Ct. 1060, 181 L. Ed. 2d 778, 2012 U.S. LEXIS 36.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 435 Fed. Appx. 905.

**No. 11-7569. Randall Joseph Knope, Petitioner v. United States.**

565 U.S. 1135, 132 S. Ct. 1060, 181 L. Ed. 2d 778, 2012 U.S. LEXIS 380.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 655 F.3d 647.

**No. 11-7570. Jerome Wayne Johnson, Petitioner v. United States.**

565 U.S. 1135, 132 S. Ct. 1061, 181 L. Ed. 2d 778, 2012 U.S. LEXIS 327.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7571. John Tyler McKinney, Sr., Petitioner v. United States.**

565 U.S. 1135, 132 S. Ct. 1061, 181 L. Ed. 2d 778, 2012 U.S. LEXIS 49.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 427 Fed. Appx. 517.

**No. 11-7572. Juan Felipe Rodriguez-Castro, Petitioner v. United States.**

565 U.S. 1135, 132 S. Ct. 1061, 181 L. Ed. 2d 778, 2012 U.S. LEXIS 307.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 641 F.3d 1189.

**No. 11-7573. Greta Crawford, Petitioner v. United States, et al.**

565 U.S. 1135, 132 S. Ct. 1061, 181 L. Ed. 2d 778, 2012 U.S. LEXIS 88.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 432 Fed. Appx. 433.

**No. 11-7575. Neal John Tibbs, Petitioner v. D. Adams, Warden, et al.**

565 U.S. 1135, 132 S. Ct. 1061, 181 L. Ed. 2d 778, 2012 U.S. LEXIS 348.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 441 Fed. Appx. 443.